USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NATALIA JUSCINSKA,

      Plaintiff,

 -against-

JACK'S COFFEE II, LLC, ET AL.,

      Defendants.

------------------------------------------------------------ X

1:19-cv-04559 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

 The Court is in receipt of Plaintiff's letter motion, requesting the Court to reopen the case. *See* ECF No. 24. The Defendants are hereby ordered to respond to Plaintiff's letter by **January 6, 2020**.

**SO ORDERED.**

Dated: December 20, 2019
    New York, New York

             _____
             ANDREW L. CARTER, JR.
             United States District Judge