USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
NATALIA JUSCINSKA,

                    Plaintiff,

      -against-

JACK'S COFFEE II, LLC, ET AL.,

                   Defendants.
---------------------------------------------------------------- X

1:19-cv-04559 (ALC)

**ORDER**

**ANDREW L. CARTER, JR.**, United States District Judge:

    The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **January 16, 2020**.

**SO ORDERED.**

Dated:   January 7, 2020
            New York, New York

_____
**ANDREW L. CARTER, JR.**
United States District Judge